Christopher K. Eppich (SBN 228025)
ceppich@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone:  + 1 (424) 332-4800
Facsimile:  + 1 (424) 332-4764

Emily Ullman
D.C. Bar No. 1001677; N.Y. Bar No. 4868683
(*pro hac vice application forthcoming*)
eullman@cov.com
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
Telephone:  +1 (202) 662-6000
Facsimile:  +1 (202) 778-6000

*Counsel for Defendant Procter & Gamble Co.*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAYLIA DONNA QUINN, individually, | Civil Case No.: **'24 CV 0856 BAS SBC** |
| Plaintiff, | **APPENDIX OF EXHIBITS TO NOTICE OF REMOVAL** |
| v. | |
| PROCTOR & GAMBLE CO.; WAL-MART STORES, INC.; TARGET CORPORATION; and DOES 1-100, Inclusive, | |
| Defendants. | |

| Ex. | Page # | Title of Document |
|-----|--------|-------------------|
| A | 1–21 | Complaint, *Quinn v. Proctor & Gamble Co. et al.*, No. 37-2023-00049034-CU-PO-CTL (Sup. Ct., Cnty. of San Diego Nov. 9, 2023) |
| B | 22–23 | Summons, *Quinn v. Proctor & Gamble Co. et al.*, No. 37-2023-00049034-CU-PO-CTL (Sup. Ct., Cnty. of San Diego Nov. 9, 2023) |
| C | 24–54 | Complete Record as of May 15, 2024, *Quinn v. Proctor & Gamble Co. et al.*, No. 37-2023-00049034-CU-PO-CTL (Sup. Ct., Cnty. of San Diego) |
| D | 55–82 | Service of Process Transmittal Summary for Defendant P&G (Apr. 18, 2024) |

APPENDIX OF EXHIBITS TO NOTICE OF REMOVAL